# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00352-CR
### NO. 03-13-00353-CR

**Trevarrus Cortez Graves, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
NOS. 68539 & 70232, THE HONORABLE JOHN GAUNTT, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Trevarrus Cortez Graves seeks to appeal from judgments of conviction for aggravated assault against a security officer and aggravated robbery. *See* Tex Penal Code §§ 22.02(a)(2), 22.02(b)(2)(D), 29.03. In each case, the trial court has certified that this is a plea-bargain case and Graves has no right of appeal. Accordingly, the appeals are dismissed for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed for Want of Jurisdiction

Filed: June 7, 2013

Do Not Publish